# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __21-5808__         Case Manager: __C. Anthony Milton__

Case Name: __Robert Bledsoe v. TVA Board of Directors__

Is this case a cross appeal?  ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☐ Yes   ☑ No
If yes, state:
  Case Name: _____   Citation: _____
  Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

Robert Bledsoe files this appeal against the TVA Board of Directors.

Specifically, the issues Mr. Bledsoe raises on appeal are:

1. Whether the district court erred in determining that Mr. Bledsoe had not presented direct evidence of discrimination.

2. Whether the district court erred in dismissing Mr. Bledsoe's disability and age discrimination claims.

3. Whether the district court erred in applying the honest belief rule.

4. Whether the district court erred in dismissing Mr. Bledsoe's retaliation claims.

5. Whether the district court erred in applying the "solely by reason of disability" causation standard to Mr. Bledsoe's Rehabilitation Act claims.

Mr. Bledsoe seeks reversal of the district court's judgment dismissing all of his claims.

This is to certify that a copy of this statement was served on opposing counsel of record this __26th__ day of _____ __August__, __2021__.

__Doug S. Hamill__
Name of Counsel for Appellant